**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRED (US) LLC, | Case No. 20-12837 (KBO) |
| Debtor. [1] | (Jointly Administered) |

**CERTIFICATION NO CLAIMS ACTIVITY**

The undersigned hereby certifies that as of July 2, 2026, there has been no claim activity reported in the Cred (US) LLC case (Case No. 20-12837) on the claims register with respect to, but not limited to, filing of proofs of claim, objections to claim, settlements and/or transfers of claim pursuant to the above-captioned debtor.

Dated: July 2, 2026

*/s/ Jerod McMillen*
Jerod McMillen
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 262-2450
TeamCred@stretto.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.